# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JANE DOE                                                                           PLAINTIFF

v.                                      No. 4:17CV00359 JLH

DARDANELLE SCHOOL DISTRICT                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Dardanelle School District on the claims of Jane Doe. The complaint of Jane Doe is dismissed with prejudice.

IT IS SO ORDERED this 9th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE